# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**THE BRANNOCK DEVICE CO., INC.**

                  V.                  CASE NUMBER: 5:04-CV-1300(FJS/GJD)

**ABC INDUSTRIES, INC.; ABC TARGET, INC.; and HOWARD SCHULMAN**

[ ]      **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[XX]    **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED, that judgment be entered in favor of PLAINTIFF against DEFENDANTS granting Plaintiff's motion for entry of default judgment on the issue of liability with respect to Plaintiff's claims of trademark infringement, false designation of origin, dilution and breach of contract; that Defendants are permanently enjoined from infringing on Plaintiff's registered trademark in the future; and that Defendants shall pay to Plaintiff the **$7,588.75** in attorney's fees and **$461.50** in costs incurred in prosecuting this action, pursuant to the Memorandum-Decision and Order dated September 11, 2006, and the Order dated February 24, 2007, signed by the Hon. Frederick J. Scullin, Jr.

DATED:    February 26, 2007

                                                Clerk of Court

LKB:lmp